

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 15, 2009**

_____
 CRAIG A. GARGOTTA
 UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| MELVIN JOSEPH CAMP, JR., | § § | CASE NO. 08-11056-CAG |
| Debtor. | § | Chapter 7 |

### ORDER OVERRULING TRUSTEE'S OBJECTION TO EXEMPTION

On September 25, 2008, this Court entered an order sustaining the Trustee's Objection to Exemptions in this case. On September 9, 2009, the United States District Court entered its Memorandum Opinion and Order reversing that decision and remanding the matter to this Court for further proceedings consistent with its Order. Accordingly, this Court enters the following order.

IT IS ORDERED that the Trustee's Objection to Exemptions shall be, and hereby is, OVERRULED.

# # #

\c:\wpdocs\orders\obj exemption dny after remand.wpd